**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **SHAWN COX, individually and on behalf of all others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No. CIV-23-187-G |
| **TJ INSPECTION, INC.** ) ) | |
| **Defendant.** ) | |

## ORDER

The docket in this matter reflects that the attorneys representing Defendant TJ Inspection, Inc. are Cathleen McMahon and Robert Bragalone, whose office is located in Dallas, Texas. As Attorney McMahon and Attorney Bragalone are apparently not residents of, and do not maintain an office in, Oklahoma, Local Civil Rule 83.3(a) requires their association with local counsel. Accordingly, Attorneys McMahon and Bragalone shall, within seven (7) days of the date of this Order, either show association with local counsel or file a motion seeking to be excused from the local-counsel requirement. *See* LCvR 83.3(c); *see, e.g.*, *EEOC v. Johnson Controls, Inc.*, No. CIV-19-904-F (W.D. Okla.).

IT IS SO ORDERED this 14th day of April, 2023.

CHARLES B. GOODWIN
United States District Judge